UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**GUILDARDO PADILLA-MARTINEZ,**
    **Petitioner,**

v.            Case No. 25-CV-1325

**DEPARTMENT OF CORRECTIONS,**
    **Respondent.**

---

**GUILDARDO PADILLA-MARTINEZ,**
    **Petitioner,**

v.            Case No. 25-CV-1329

**SUE DEHAAN,**
    **Respondent.**

---

## ORDER

On September 26, 2025, Magistrate Judge Nancy Joseph issued a decision recommending that these related petitions for writ of habeas corpus be denied. The decision was served on the petitioner that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), petitioner had 14 days to file written objections to the order. That time expired on October 13, 2025, without petitioner having filed an objection. Moreover, I have reviewed the order de novo and find that it is correct and not contrary to law.

Therefore, **IT IS ORDERED** that Magistrate Judge Joseph's Report & Recommendation is **ADOPTED** in its entirety, this case is **DISMISSED**, and the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 16th day of October 16, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge